### Hugh J. OHLER

v.

### STATE.

### No. 27266.

Court of Criminal Appeals of Texas.

Oct. 13, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

This is an appeal from an order of the district judge revoking the probation of a two-year sentence for the offense of burglary.

Since perfecting his appeal the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.